# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| L.S. a minor, by and through his parents and legal guardians, DAVID STRODE and SARAH STRODE,<br><br>Plaintiff,<br><br>v.<br><br>KIRSTEN BOLDUAN, individually and in her official capacity acting under color of State law; PAIGE SNODGRASS, individually and in her official capacity acting under color of State law; ANDREA LEAL, individually and in her official capacity acting under color of State law; VERONICA DE ALBA, individually and in her official capacity acting under color of State law, CAROLYN GATLIN, individually and in her official capacity acting under color of State law,<br><br>Defendants. | CAUSE NO.: 3:25-CV-05621 MJP<br><br>ORDER ON STIPULATED MOTION RE: JUDICIAL ECONOMY<br><br>**NOTE ON MOTION CALENDAR:**<br>**AUGUST 19, 2025** |

## STIPULATION

Pursuant to Local Civil Rules 7(d)(1) and 10(g), the parties stipulate as follows:

- Defendant Kirsten Bolduan filed a Motion to Dismiss for Failure to State a Claim or in the Alternative, Motion for More Definitive Statement;

- Defendant Paige Snodgrass filed a Motion to Dismiss for Failure to State a Claim or in the Alternative, Motion for More Definitive Statement;

- Defendant Andrea Leal filed a Motion to Dismiss for Failure to State a Claim or in the Alternative, Motion for More Definitive Statement;

- Defendant Veronica De Alba filed a Motion to Dismiss for Failure to State a Claim or in the Alternative, Motion for More Definitive Statement; and
- Defendant Carolyn Gatlin filed a Motion to Dismiss for Failure to State a Claim or in the Alternative, Motion for More Definitive Statement.

THEREFORE, the parties STIPULATE AND AGREE that:

Plaintiff may file one, omnibus 20,000 word opposition to Defendants' motions (instead of five 8,400 word oppositions).

STIPULATED to this 18th day of August 2025.

**ORDER**

Based on the Stipulation of the parties, Plaintiff may file one, omnibus opposition to Defendants' motions. The opposition is limited to 20,000 words.

IT IS SO ORDERED this 25th day of August, 2025.

*[signature]*

The Honorable Marsha J. Pechman