# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| L.S. a minor, by and through his parents and legal guardians, DAVID STRODE and SARAH STRODE,<br><br>Plaintiff,<br><br>v.<br><br>KIRSTEN BOLDUAN, individually and in her official capacity acting under color of State law; PAIGE SNODGRASS, individually and in her official capacity acting under color of State law; ANDREA LEAL, individually and in her official capacity acting under color of State law; VERONICA DE ALBA, individually and in her official capacity acting under color of State law, CAROLYN GATLIN, individually and in her official capacity acting under color of State law,<br><br>Defendants. | CAUSE NO.: 3:25-CV-05621 JHC<br><br>ORDER DENYING DEFENDANTS' MOTION TO STAY DISCOVERY PENDING MOTIONS TO DISMISS<br><br>**NOTED FOR DECISION:**<br><br>**November 17, 2025** |

THIS MATTER comes before the Court on Defendants' Motion to Stay Discovery Pending Motions to Dismiss. Dkt. # 26. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court DENIES the motion.

//

//

//

ORDER DENYING DEFENDANTS'
MOTION TO STAY DISCOVERY PENDING
MOTIONS TO DISMISS - 1

Entered this 18th day of November 2025.

_____
John H. Chun
United States District Judge

ORDER DENYING DEFENDANTS'
MOTION TO STAY DISCOVERY PENDING
MOTIONS TO DISMISS - 2