1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

7
8

L.S. a minor, by and through his parents and legal guardians, DAVID STRODE and SARAH STRODE,

9
10

CAUSE NO.: 3:25-CV-05621-JHC

Plaintiff,

11

STIPULATED MOTION & ORDER RE: RESPONSE AND REPLY DEADLINES TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER

v.

12

KIRSTEN BOLDUAN, individually and in her official capacity acting under color of State law; PAIGE SNODGRASS, individually and in her official capacity acting under color of State law; ANDREA LEAL, individually and in her official capacity acting under color of State law; VERONICA DE ALBA, individually and in her official capacity acting under color of State law, CAROLYN GATLIN, individually and in her official capacity acting under color of State law,

13
14

**NOTE ON MOTION CALENDAR:**
**NOVEMBER 26, 2025**

15
16
17
18

Defendants.

19
20

**STIPULATION**

21
22

On November 20, 2025, Defendants filed a Motion for Protective Order, noting it for February 2, 2026 (Dkt. 30). Under LCR 7(d), the deadline for opposition and reply briefs are set from the date of filing the motion - rather than the date on the motion calendar. Given the extended time between the date noted on the motion calendar and the deadlines set forth on LCR 7(d), the parties have agreed to a briefing schedule leading up to the February 2, 2026 noting date.

23
24
25
26
27
28

STIPULATED MOTION & ORDER - 1

1    The parties STIPULATE AND AGREE that:

2    • Plaintiff shall file its Opposition to Defendants' Motion for Protective Order by

3    January 2, 2026.

4    • Defendants shall file its Reply in support of Defendants' Motion for Protective

5    Order by January 7, 2026.

6

7    STIPULATED to this 25th day of November 2025.

8

9

10   HAGENS BERMAN SOBOL SHAPIRO        SERPE ANDREWS, PLLC
     LLP

11

12   By:[1] _____     By: _____
          David P. Moody, WSBA No. 22853        Amy H. Craft, WSBA No. 57433
13        Ryan T. Pittman, WSBA No. 57560       Jonathan D. Stone, WSBA No. 61927
          James M. Chong, WSBA No. 54594        221 First Avenue West, Suite 200
14        William R. Kincaid, WSBA No. 54027    Seattle, WA  98119
          1301 Second Avenue, Suite 2000        Telephone: (713) 452-4400
15        Seattle, WA  98101                    Email: acraft@serpeandrews.com
          Telephone: (206) 623-7292                    jstone@serpeandrews.com
16        Facsimile: (206) 623-0594
          Email: davidm@hbsslaw.com         *Attorneys for Defendants Kirsten*
17               ryanp@hbsslaw.com          *Bolduan, Paige Snodgrass, Andrea*
                 jamesc@hbsslaw.com         *Leal, Veronica De Alba and Carolyn*
18               williamk@hbsslaw.com       *Gatlin*

19   *Attorneys for Plaintiff L.S.*

20

21

22

23

24

25

26

27

28   _____
     [1 Signatures are included on the stipulation at Dkt. # 31.]

STIPULATED MOTION & ORDER - 2

1

2

3                                                **ORDER**

4            Based on the Stipulation of the parties:

5            Plaintiff shall file its Opposition to Defendants' Motion for Protective Order (Dkt. 30) by

6    January 2, 2026.

7            Defendants shall file its Reply in support of Defendants' Motion for Protective Order by

8    January 7, 2026.

9            IT IS SO ORDERED this 26th day of November, 2025.

10

11

12    _____
      John H. Chun
13    United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION & ORDER - 3