**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

L.S. a minor, by and through his parents and legal guardians, DAVID STRODE and SARAH STRODE,

                 Plaintiff,

     v.

KIRSTEN BOLDUAN, individually and in her official capacity acting under color of State law; PAIGE SNODGRASS, individually and in her official capacity acting under color of State law; ANDREA LEAL, individually and in her official capacity acting under color of State law; VERONICA DE ALBA, individually and in her official capacity acting under color of State law, CAROLYN GATLIN, individually and in her official capacity acting under color of State law,

                 Defendants.

CAUSE NO.: 3:25-CV-05621 JHC

ORDER APPOINTING GUARDIAN AD LITEM

This matter comes before the Court on a Motion for the appointment of a Guardian ad Litem.  Dkt. # 51.

Having considered the pleadings on file, the Court is convinced that L.S. would benefit from the appointment of a Guardian ad Litem under LCR 17(c) and finds that appointment of Lafcadio H. Darling as Guardian ad Litem is in the best interests of L.S.

THEREFORE, for good cause shown, it is hereby **ORDERED**:

1.  That Lafcadio H. Darling (WSBA Bar No. 29963) is hereby appointed as Guardian ad Litem on behalf of L.S.

ORDER APPOINTING GUARDIAN
AD LITEM - 1
CASE NO. 3:25-CV-05621 JHC

2. Mr. Darling is directed to provide the Court with a written report and recommendation regarding the adequacy of any proposed settlement between L.S. and Defendant(s) within thirty (30) days of the parties reaching any proposed settlement.

Entered this 21st day of April, 2026.

_John H. Chun_
John H. Chun
United States District Judge

ORDER APPOINTING GUARDIAN
AD LITEM - 2
CASE NO. 3:25-CV-05621 JHC